**Fill in this information to identify the case:**

Debtor 1  Alvin Leroy Allen

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of  South Carolina (Charleston)
(State)

Case number  16-02833-jw

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wilmington Savings Fund Society, FSB, not in its individual capacity but soley as Trustee for the Prime Star-H Fund I Trust

**Court claim no.** (if known): 4-1

**Last 4 digits** of any number you use to identify the debtor's account: 6 5 8 5

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ___/___/___

## Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | 12/19/2018 | (8) | $ 420.55 |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2          Notice of Postpetition Mortgage Fees, Expenses, and Charges          page 1

| Debtor 1 | Alvin | Leroy | Allen | Case number (if known) | 16-02833-jw |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ January N. Taylor
Signature

Date 5 / 24 / 2019

Print: January N Taylor
First Name    Middle Name    Last Name

Title: Attorney for Creditor

Company: McMichael Taylor Gray, LLC

Address: 3550 Engineering Drive, Suite 260
Number    Street
Peachtree Corners    GA    30092
City    State    ZIP Code

Contact phone (404) 474 – 7149

Email: jtaylor@mtglaw.com

Taxes_ ▮

```
BSI Financial Services                                              PAGE       1
314 S Franklin St. / Second Floor                                   DATE 04/16/19
PO Box 517
Titusville         PA 16354
                                          HISTORY FOR ACCOUNT

    --------- MAIL --------------------- --------- PROPERTY ----------------

    ALVIN ALLEN

    2707 TRASK PKWY                       2707 TRASK PARKWAY

    BEAUFORT               SC 29906       BEAUFORT              SC 29906

------ DATES ------    ---- CURRENT BALANCES -----    ------- UNCOLLECTED -------
PAID TO   09/01/18     PRINCIPAL         17772.50     LATE CHARGES       -1074.72
NEXT DUE  10/01/18     ESCROW             -771.41     OPTIONAL INS           0.00
LAST PMT  04/04/19     UNAPPLIED FUND       67.99     INTEREST               0.00
AUDIT DT  10/28/16     UNAPPLIED CODES         *      FEES               -5808.86
                       BUYDOWN FUND          0.00     ------ YEAR TO DATE -------
    LAST ACTIVITY      BUYDOWN CODE                   INTEREST            1690.09
       04/08/19                                       TAXES                  0.00
-------------------------------------------------------------------------------

POST  TRN  DUE     TRANSACTION       PRINCIPAL         INTEREST        ESCROW
DATE  CDE  DATE    AMOUNT            PAID              PAID            PAID
----- ---  ------  --------------    --------------    -------------   --------------
120117 E90 120113     -537.15   PAYEE = 0007.00000                    TELLER 32687
121918 E90 090117     -420.55   PAYEE = 0007.00000                    TELLER 32687
```

END OF HISTORY

TAX BKR ▮

Page 1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the **NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES** in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

**Via U.S. Mail**
**Alvin Leroy Allen**
2707 Trask Parkway
Beaufort, SC 29906


**Via electronic service:**
**Philip Fairbanks**
Law Office Philip Fairbanks
1214 King Street
Beaufort, SC 29902

**James M. Wyman**
PO Box 997
Mount Pleasant, SC 29465-0997

**US Trustee's Office**
Strom Thurmond Federal Building
1835 Assembly Street
Suite 953
Columbia, SC 29201


**This 24th day of May, 2019.**

    /s/January N. Taylor
    January N. Taylor (I.D. 30679)
    McMichael Taylor Gray, LLC
    3550 Engineering Drive. Suite 260
    Peachtree Corners, GA 30092
    (404)-474-1749
    jtaylor@mtglaw.com