Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Alvin Leroy Allen |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of South Carolina (State) |
| Case number | 16-02833-jw |

Form 4100R

# Response to Notice of Final Cure Payment                                                           10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE BUNGALOW SERIES III TRUST

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 6585

**Property address:** 2707 Trask Parkway
Number        Street

Beaufort         SC       29906
City             State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   03 / 01 / 2023
                                                              MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                         (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:                + (b) $ _____

c. **Total.** Add lines a and b.                                                     (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/___/___
                                                                                    MM / DD / YYYY

| Debtor 1 | Alvin Leroy Allen | | Case number (if known) | 16-02833-jw |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ J. Pamela Price
Signature

Date 9/24/2020

Print: J. Pamela Price
First Name  Middle Name  Last Name

Title: Attorney for Creditor

Company: McMichael Taylor Gray, LLC

If different from the notice address listed on the proof of claim to which this response applies:

Address: 1709A Devonshire Drive
Number  Street

Columbia, SC 29204
City  State  ZIP Code

Contact phone (404) 474-7149

Email: pprice@mtglaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the **RESPONSE TO NOTICE OF FINAL CURE PAYMENT** in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail, or electronic service, a copy of such instrument to each person, party, and/or counsel at the addresses shown below:

**Via U.S. Mail:**
Alvin Leroy Allen
2707 Trask Parkway
Beaufort, SC 29906

**Via CM/ECF electronic service:**
Philip Fairbanks
Law Office Philip Fairbanks
1214 King Street
Beaufort, SC 29902

James M. Wyman
PO Box 997
Mount Pleasant, SC 29465-0997

US Trustee's Office
Strom Thurmond Federal Building
1835 Assembly St.
Suite 953
Columbia, SC 29201

Dated: September 24, 2020

                                                Respectfully submitted,

                                                /s/ J. Pamela Price
                                                J. Pamela Price, (I.D 14336)
                                                McMichael Taylor Gray, LLC
                                                1709A Devonshire Drive
                                                Columbia, SC 29204
                                                Telephone: (404) 474-7149
                                                Facsimile: (404) 745-8121
                                                E-mail: pprice@mtglaw.com